John F. RUGGIERI et al.

v.

Armando DiVENCENZO.

No. 80–256–A.

Supreme Court of Rhode Island.

Jan. 22, 1981.

Joseph T. Feeley, Providence, for plaintiffs.

Arthur A. Thovmasian, Jr., Cranston, for defendant.

ORDER

The plaintiffs' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied.

Dalmazio O. SANTINI

v.

John A. LYONS et al.

No. 80–305–M.P.

Supreme Court of Rhode Island.

Jan. 22, 1981.

Hogan & Hogan, Donald J. Packer, Thomas S. Hogan, Providence, for petitioner.

Goldman & Biafore, Dennis H. Esposito, Providence, for respondents.

ORDER

The petition for writ of certiorari is granted.

STATE

v.

Ralph BYRNES et al.

No. 79–412–C.A.

Supreme Court of Rhode Island.

Jan. 22, 1981.

Dennis J. Roberts II, Atty. Gen., John A. Murphy, Sp. Asst. Atty. Gen., for plaintiff.

John F. Cicilline, Providence, William M. Kunstler, New York City, for defendants.

ORDER

The state's motion to strike defendants' supplementary brief is denied. The state may file a reply to said brief on or before February 4, 1981.